# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Dewitt McGowan,<br>1731 1/2 S. Fayette Street,<br>Beckley, WV 25801 | )<br>)<br>)   Case No. 5:18-mj-00042<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Dewitt McGowan, See Atttachment A for description of the property to be searched.

located in the _____Southern_____ District of _____West Virginia_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Dewitt McGowan.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1959<br>21 U.S.C. § 841 | Violent crimes in aid of racketeering activity, and controlled substance violations. |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

John A. Reese, Special Agent FBI
*Printed name and title*

Sworn to before me and signed ~~in my presence~~, pursuant to Rule 4.1 of the Fed. Rules of Criminal Procedure.

Date: August 8, 2018

City and state: ~~Beckley,~~ Princeton, West Virginia

*Judge's signature*

Omar J. Aboulhosn, United States Magistrate Judge
*Printed name and title*

**A F F I D A V I T**

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, John A. Reese, being duly sworn, hereby depose and state as follows:

INTRODUCTION

1. This affidavit is made in support of an application for a search warrant to locate and arrest DEWITT MCGOWAN, also known as (aka) "WITT," at 1731 ½ S Fayette Street, Beckley, Raleigh County, West Virginia 25801, further described in Attachment A. Based on the facts set forth herein, probable cause exists that DEWITT MCGOWAN is located and physically present at 1731 ½ S Fayette Street, Beckley, Raleigh County, West Virginia 25801. An arrest warrant for MCGOWAN was issued on June 27, 2018 in the Eastern District of Michigan.

2. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since August 2014, and I am currently assigned to the Charleston, West Virginia Resident Agency of the Pittsburgh Division. I completed Special Agent training at the FBI training center in Quantico, Virginia in December of 2014. Since then I have been working daily as a Special Agent and have been involved in several long-term investigations, some of which include drug trafficking, public corruption, bank robbery, and criminal use of computers and the

internet. As part of my duties with the FBI, I investigate violations of federal law, including drug trafficking offenses enumerated in Title 21 U.S.C. §§ 841 and 846. I have been the affiant on search warrants, pen register/trap and trace applications, Title III wiretap affidavits, and have made multiple arrests related to drug trafficking. Prior to working for the FBI, I was employed as a police officer with the city of Jackson, Tennessee for five years. During my time as a police officer, I have had experience investigating drug crimes, assaults, rape, and various other violent crimes and felonies.

3.  During my tenure with the FBI, I have participated in numerous drug investigations during the course of which I have (a) conducted physical and wire surveillance; (b) executed search warrants at locations where drugs, drug proceeds, and records of drug transactions have been found; (c) reviewed and analyzed numerous taped conversations and recordings of drug traffickers; (d) debriefed cooperating drug traffickers; (e) monitored wiretapped conversations of drug traffickers and reviewed line sheets prepared by wiretap monitors; and (f) conducted surveillance of individuals engaged in drug trafficking. Through my training, education, and experience, I have become familiar with (a) the manner in which illegal drugs are transported and distributed; (b) the method of payment for such drugs; and (c) the

2

efforts of persons involved in such activity to avoid detection by law enforcement.

4.  I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

5.  There is probable cause to believe DEWITT MCGOWAN, is at 1731 ½ S Fayette Street, Beckley, Raleigh County, West Virginia 25801. On June 16, 2018, Zone 8 gang member JERMAINE TURNBOW was shot and killed outside a house on Hooker Street in the city of Detroit, Michigan. Investigation to date has identified DEWITT MCGOWAN as the individual who shot and killed TURNBOW. This identification is based on eye witness accounts from the scene as well as CCTV camera footage which shows the incident occurring. FBI agents in Detroit have reviewed the camera footage and identified both TURNBOW and MCGOWAN based on their familiarity with the subjects during the investigation. On June 27, 2018, an arrest warrant was issued for MCGOWAN in Wayne County, Michigan based on his participation in the homicide of TURNBOW.

6.  On July 26, 2018, agents received records from Instagram in response to a search warrant for MCGOWAN's Instagram account. A review of these records showed that on May 25, May 26, June 8 and June 9, 2018, MCGOWAN sent private Instagram messages to four

3

of his associates indicating his new phone was 304-860-9828. Telephone records provided by Verizon in response to a subpoena indicated the Target Cellular Device was active as of July 30, 2018.

7. Additionally, a review of records provided by Verizon indicate the Target Cellular Device is in contact with many of the same numbers as telephones agents had previously identified as belonging to MCGOWAN. Agents recognized several of these numbers as belonging to other Zone 8 members, whom agents have become familiar with during the course of this investigation.

8. On July 31, 2018, FBI Detroit obtained a search warrant for location information of the Target Cellular Device. Based on information received from Verizon as a result of the search warrant, the Target Cellular Device appears to be now located in Beckley, West Virginia.

9. On August 7, 2018, a search warrant was signed by United States Magistrate Judge Omar Aboulhosn to locate the target cellular device assigned call number 304-860-9828. Based on additional investigation, the Federal Bureau of Investigation (FBI) determined the location of the cellular device assigned call number 304-860-9828 to be at 1731 ½ S Fayette Street, Beckley, Raleigh County, West Virginia, 25801.

7. The information contained herein is based on my knowledge, training, and experience, my direct involvement in this

investigation, and upon information relayed to me by other law enforcement agents, and other witnesses. Because this Affidavit is being submitted for the limited purpose of seeking a search warrant for DEWITT MCGOWAN I have not set forth each and every fact learned during the course of this investigation, but simply those facts which I believe are necessary to establish probable cause.

## CONCLUSION

8. Based on the above-stated information, probable cause exists that DEWITT MCGOWAN, also known as (aka) "WITT," is located and physically present at 1731 ½ S Fayette Street, Beckley, Raleigh County, West Virginia, 25801.

Further your affiant sayeth naught.

_____
JOHN A. REESE
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed ~~in my presence,~~ this 08th Day of August, 2018, pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
OMAR ABOULHOSN
UNITED STATES MAGISTRATE JUDGE

5

**ATTACHMENT A**

The residence and curtilage of 1713 ½ S Fayette Street, Beckley, Raleigh County, West Virginia, 25801. The residence is a mulit-level residence with white and gray siding. There is a chimney attached to the gray portion of the residence. There is also a staircase leading to covered porch on the back of the residence. The bottom portion of the residence is brick.